DONALD F. ZIMMER, JR. (State Bar No. 112279)
HILLARY S. WEINER (State Bar No. 203499)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: donald.zimmer@dbr.com
E-mail: hillary.weiner@dbr.com

Attorneys for Plaintiff
HEALTH DISCOVERY CORPORATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH DISCOVERY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CIPHERGEN BIOSYSTEMS, INC., <br><br> Defendant. | Case No. C 07-00285 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES** <br><br> Hon. Charles R. Breyer |

Plaintiff Health Discovery Corporation and Defendant Ciphergen Biosystems, Inc. jointly move for an extension of the pending case management deadlines in order to allow them to mediate their case. The parties are currently set to make their Initial Disclosures and file their Planning Report pursuant to Federal Rule of Civil Procedure 26 on April 20, 2007, and to appear before the Court on April 27, 2007 for a case management conference. The parties have been working to find a mutually agreeable date and location to mediate their case and have tentatively scheduled mediation for May 9, 2007 in Washington D.C. before James F. Davis, a former judge on the United States Court of Claims who has over forty (40) years of experience in intellectual property litigation.

1  Therefore, the parties request that the case management deadlines be
2  extended to allow them to focus on mediation. Specifically, the parties request that
3  they be given until June 1, 2007 to exchange Initial Disclosures and file their Rule
4  26(f) Report and that the case management conference be rescheduled to June 8,
5  2007.
6  A proposed order granting the relief requested is attached hereto.
7  IT IS SO STIPULATED.

Dated: April 6, 2007                DRINKER BIDDLE & REATH LLP

                                    _____
                                    DONALD F. ZIMMER, JR.
                                    HILLARY S. WEINER
                                    Attorneys for Plaintiff
                                    HEALTH DISCOVERY CORPORATION

Dated: April 6, 2007                QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    _____
                                    MELISSA J. BAILEY
                                    Attorneys for DEFENDANT
                                    CIPHERGEN BIOSYSTEMS, INC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\380099\1

2
STIP AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 07-00285 CRB

1  The Court hereby orders that the case management deadlines be continued to
2  allow the parties to focus on the mediation. The deadline for the parties to
3  exchange Initial Disclosures and file their Rule 26(f) Report will be continued
4  from April 20, 2007 to June 1, 2007. The Case Management Conference will be
5  continued from April 27, 2007 to June 8, 2007.

IT IS SO ORDERED

Dated: April 10, 2007



HON. CHARLES R. BREYER
United States District Court

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\380099\1

3

STIP AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES
CASE NO. C 07-00285 CRB