DONALD F. ZIMMER, JR. (State Bar No. 112279)
HILLARY S. WEINER (State Bar No. 203499)
TRACIE C. MILITANO (State Bar No. 215645)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: donald.zimmer@dbr.com
E-mail: hillary.weiner@dbr.com
E-mail: tracie.militano@dbr.com

Attorneys for Plaintiff
HEALTH DISCOVERY CORPORATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HEALTH DISCOVERY CORPORATION, | Case No. C 07-00285 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES** |
| v. | |
| CIPHERGEN BIOSYSTEMS, INC., | **Hon. Charles R. Breyer** |
| Defendant. | |

Plaintiff Health Discovery Corporation and Defendant Ciphergen Biosystems, Inc., jointly move for an extension of the pending case management deadlines in order to allow them to settle and resolve this case. The parties are currently scheduled set to make their Initial Disclosures and file their Planning Report in accordance with Federal Rule of Civil Procedure 26 on June 1, 2007 and to appear before the Court on June 8, 2007 for a case management conference.

The parties attended mediation on May 7, 2007 and have continued to negotiate settlement since that date. Some key terms have been agreed upon while others are continuing to be negotiated. Therefore, the parties request that the case management deadlines be extended to allow them additional time to complete a settlement. Specifically, the parties request that they be given until July 20, 2007 to file their Joint

1  Case Management Statement and complete their initial disclosures and that the Case
2  Management Conference be rescheduled to July 27, 2007.
3      A proposed order granting the relief requested is attached hereto.
4      IT IS SO STIPULATED.

5
6  Dated: May 31, 2007                DRINKER BIDDLE & REATH LLP

7                                     /s/ *Hillary S. Weiner*
8                                     DONALD F. ZIMMER, JR.
                                       HILLARY S. WEINER
9                                     TRACIE C. MILITANO
                                       Attorneys for Plaintiff
10                                    HEALTH DISCOVERY CORPORATION

11 Dated: May 31, 2007                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
12

13                                    /s/ *Melissa J. Baily*
14                                    MELISSA J. BAILY
                                       Attorneys for Defendant
15                                    CIPHERGEN BIOSYSTEMS, INC.

16
17
18
19
20
21
22
23
24
25
26
27
28

1  [~~Proposed~~] Order

2  The Court hereby orders that the case management deadlines be rescheduled as
3  follows:

4  July 20, 2007    Parties complete initial disclosures and file joint case
5                   management statement;
6  July 27, 2007    Case Management Conference in Courtroom 8, 19th Floor,
7                   San Francisco at 8:30 am.

8  IT IS SO ORDERED

9  Dated:  June 1      , 2007



The Honorable Charles R. Breyer
United States District Court Judge