DONALD F. ZIMMER, JR. (State Bar No. 112279)
HILLARY S. WEINER (State Bar No. 203499)
TRACIE C. MILITANO (State Bar No. 215645)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail:  donald.zimmer@dbr.com
E-mail:  hillary.weiner@dbr.com
E-mail:  tracie.militano@dbr.com

Attorneys for Plaintiff
HEALTH DISCOVERY CORPORATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH DISCOVERY CORPORATION,<br><br>           Plaintiff,<br><br>  v.<br><br>CIPHERGEN BIOSYSTEMS, INC.,<br><br>           Defendant. | Case No. C 07-00285 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Hon. Charles R. Breyer** |

IT IS HEREBY STIPULATED by and between plaintiff Health Discovery Corporation and Defendant Ciphergen Biosystems, Inc., through their respective counsel of record, that the above-captioned matter shall be and is hereby dismissed *with prejudice* pursuant to Rule 41(a)(1).  Each party shall bear its own costs and attorney's fees in connection with the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 11, 2007           DRINKER BIDDLE & REATH LLP

                               */s/ Hillary S. Weiner*
                               DONALD F. ZIMMER, JR.
                               HILLARY S. WEINER
                               TRACIE C. MILITANO

                               Attorneys for Plaintiff
                               HEALTH DISCOVERY CORPORATION

Dated: July 11, 2007           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               */s/ Melissa J. Baily*
                               MELISSA J. BAILY

                               Attorneys for Defendant
                               CIPHERGEN BIOSYSTEMS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: July __, 2007

                               HON. CHARLES R. BRYER
                               United States District Court, Northern
                               District of California