| | |
|---|---|
| 1 | DONALD F. ZIMMER, JR. (State Bar No. 112279) |
| | HILLARY S. WEINER (State Bar No. 203499) |
| 2 | TRACIE C. MILITANO (State Bar No. 215645) |
| | DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor |
| | San Francisco, California  94105-2235 |
| 4 | Telephone: (415) 591-7500 |
| | Facsimile: (415) 591-7510 |
| 5 | E-mail:  donald.zimmer@dbr.com |
| | E-mail:  hillary.weiner@dbr.com |
| 6 | E-mail:  tracie.militano@dbr.com |

Attorneys for Plaintiff
HEALTH DISCOVERY CORPORATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HEALTH DISCOVERY CORPORATION, | Case No. C 07-00285 CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CIPHERGEN BIOSYSTEMS, INC., | **Hon. Charles R. Breyer** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Health Discovery Corporation and Defendant Ciphergen Biosystems, Inc., through their respective counsel of record, that the above-captioned matter shall be and is hereby dismissed *with prejudice* pursuant to Rule 41(a)(1).  Each party shall bear its own costs and attorney's fees in connection with the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

3  Dated: July 11, 2007                     DRINKER BIDDLE & REATH LLP

4                                           */s/ Hillary S. Weiner*
5                                           DONALD F. ZIMMER, JR.
                                            HILLARY S. WEINER
6                                           TRACIE C. MILITANO

7                                           Attorneys for Plaintiff
                                            HEALTH DISCOVERY CORPORATION

9  Dated: July 11, 2007                     QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP

11                                          */s/ Melissa J. Baily*
                                            MELISSA J. BAILY

12                                          Attorneys for Defendant
13                                          CIPHERGEN BIOSYSTEMS, INC.

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20 Dated: July 13, 2007

                                            IT IS SO ORDERED
                                            Judge Charles R. Breyer
                                            United States District Court, Northern
                                            District of California